UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MUNTHER OMAR BAYYARI; )
AFAF BAYYARI; and OMAR )
BAYYARI, )
 )
       Plaintiff, )
 )
v. ) **JUDGMENT**
 )
GERALD M. SHAPIRO; GRADY I. ) No. 5:14-CV-312-FL
INGLE; DAVID S. KREISMAN, ET AL, )
d/b/a Shapiro and Ingle LLP; and )
SHAPIRO AND INGLE, LLP, )
 )
       Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 23, 2014, and for the reasons set forth more specifically therein, that plaintiffs' complaint is remanded to the extent it seeks removal, and dismissed to the extent it alleges constitutional due process violations.

**This Judgment Filed and Entered on October 23, 2014, and Copies To:**

Munther Omar Bayyari; Afaf Bayyari; and Omar Bayyari (via U.S. Mail)
2012 Joelene Drive
Rocky Mount, NC 27803

| | |
|---|---|
| October 23, 2014 | JULIE A. RICHARDS, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |